1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALTON GRISHAM,<br><br>       Plaintiff,<br><br>v.<br><br>AFNI, INC.,<br><br>       Defendant. | 2:11-CV-1800 JCM (CWH) |

**ORDER**

Presently before the court is *pro se* plaintiff Alton Grisham's motion to voluntarily dismiss with prejudice. (Doc. #5). Plaintiff states that he "moves the honorable court that the above-entitled matter be dismissed in its entirety with prejudice, against defendants AFNI, Inc. and Does 1 through X, as this matter between the parties named herein has been resolved." (Doc. #5).

Good cause appearing, and there being no opposition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *pro se* plaintiff Alton Grisham's motion to voluntarily dismiss with prejudice (doc. #5) be, and the same hereby is, GRANTED.

DATED February 15, 2012.

_James C. Mahan_

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**